IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

KUO ZHEN LIU,                              *

      Plaintiff                        *   CIVIL ACTION NO. WMN00CV1336

v.                                         *

GREAT NECK SAW                             *
MANUFACTURERS, INC.,
                                           *
      Defendant
*  *  *  *  *  *  *  *  *  *  *

JOINT STIPULATION TO EXTEND TIME IN WHICH
DEFENDANT MAY RESPOND TO THE COMPLAINT

The parties, Kuo Zhen Liu and Great Neck Saw Manufacturers, Inc., jointly request an extension of time for defendant to respond to the complaint until August 10, 2000.

Respectfully submitted

Morton J. Rosenberg
Bar No. 02867
Rosenberg, Klein & Lee
Suite 105
3444 Ellicott Center Drive
Ellicott City, Maryland 21043

Attorneys for Plaintiff
Kuo Zhen Liu

Vicki Margolis
Bar No. 07267
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza
Suite 1800
Baltimore, Maryland 21201
(410) 244-7852

Attorneys for Defendant
Great Neck Saw Manufacturers, Inc.

IT IS SO ORDERED.

_____ 7/6/00
United States District Court Judge

BA2/134954

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___5th___ day of July, 2000, a copy of the foregoing Joint Stipulation To Extend Time In Which Defendant May Respond To The Complaint was mailed to:

Morton J. Rosenberg, Esq.
Rosenberg, Klein & Lee
Suite 105
3444 Ellicott Center Drive
Ellicott City, MD 21043

_____
Vicki Margolis