IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
KUO ZHEN LIU,                        *
No. 31, 12th Road
Gong Yeh Chu-Da Li City              *    Civil Action No.
Taichung Hsien, Taiwan                    WMN 00 CV 1336
                                     *
     Plaintiff,
                                     *
v.
                                     *
GREAT NECK SAW MANUFACTURERS, INC.
165 E. Second Street                 *
Mineola, New York 11501
                                     *
     Defendant.
*    *    *    *    *    *    *    *    *    *    *    *    *
```

### JOINT REQUEST TO EXTEND THE TIME FOR RESPONDING TO THE SCHEDULING ORDER DEADLINE OF 25 AUGUST 2000 FOR EARLY SETTLEMENT/ADR CONFERENCE

Plaintiff, Kuo Zhen Liu, and Defendants, Great Neck Saw Manufacturers, Inc., by their respective undersigned attorneys hereby jointly request that the deadline of 25 August 2000 to respond to the Joint Request for Early Settlement/ADR Conference be extended through and including 8 September 2000.

Plaintiff is a foreign national and the undersigned Plaintiff's attorney requests the additional time for Requesting the Early Settlement/ADR Conference in order to obtain confirmation from Plaintiff and Plaintiff's Taiwan attorney with regard to this matter.

"_Approved_" THIS 28th DAY
OF _August_, 2000
_/s/ [Judge signature]_
UNITED STATES DISTRICT JUDGE

1

Defendants attorney has indicated that Defendant is open to Requesting the Early Settlement/ADR Conference.

It is respectfully requested that this Request for Extension of Time be granted for both Plaintiff and Defendant.

Respectfully submitted,

Morton J. Rosenberg
Attorney for Plaintiff
Bar No. 2867
Rosenberg, Klein & Lee
Suite 105
3444 Ellicott Center Drive
Ellicott City, MD 21043
Tel: 410-465-6678

Vicki Margolis
Attorney for Defendant
Bar No. 07267
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201-2978
Tel: 410-244-7400

Of counsel:

Emilio A. Galvan
Berlack, Israels & Liberman LLP
120 West 45th Street
New York, New York 10036
Tel: 212-209-4814
Attorney for Defendant