IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KUO ZHEN LIU,
No. 31, 12th Road
Gong Yeh Chu-Da Li City  *  Civil Action No.
Taichung Hsien, Taiwan      WMN 00 CV 1336

 Plaintiff,

v.

GREAT NECK SAW MANUFACTURERS, INC.
165 E. Second Street
Mineola, New York 11501

 Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT REQUEST FOR EARLY SETTLEMENT/ADR CONFERENCE

 Plaintiff, Kuo Zhen Liu and Defendants, Great Neck Saw Manufacturers, Inc. by their respective undersigned attorneys hereby jointly request that an Early Settlement/ADR Conference be held, and that the Court's Scheduling Order be amended to include such conference.

APPROVED 11th DAY OF September 00

_____
UNITED STATES DISTRICT JUDGE

1

It is respectfully requested that Plaintiff and Defendants joint request for an Early Settlement/ADR Conference be granted.

Respectfully submitted,

*Morton J. Rosenberg*

Morton J. Rosenberg
Attorney for Plaintiff
Bar No. 2867
Rosenberg, Klein & Lee
Suite 105
3444 Ellicott Center Drive
Ellicott City, MD 21043
Tel: 410-465-6678

*Vicki Margolis*

Vicki Margolis
Attorney for Defendant
Bar No. 07267
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201-2978
Tel: 410-244-7400

Of counsel:

Emilio A. Galvan
Berlack, Israels & Liberman LLP
120 West 45th Street
New York, New York 10036
Tel: 212-209-4814
Attorney for Defendant