## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KUO ZHEN LIU,

      Plaintiff,

v.                                                                    \*     Civil Action No. WMN 00 CV 1336

GREAT NECK SAW                                        \*
MANUFACTURERS, INC.
                                                                      \*
      Defendant.
                                                                      \*

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## O R D E R

Upon consideration of the Consent Motion to Suspend Scheduling Order, IT IS

this _10th_ day of _October_ , 2000, by the United States District Court for the District

of Maryland, ORDERED that:

    1.     The Consent Motion to Suspend Scheduling Order BE, and the same

          hereby IS, GRANTED;

    2.     The Scheduling Order BE, and the same hereby IS, SUSPENDED until

          further order; and

    3.     The clerk is directed to transmit a copy of this Order to counsel for the

          parties.

                                                _____

                                            United States District Judge