IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Kuo Zhen Liu | * | |
| Plaintiff | * | |
| v. | * | Civil Case No. WMN00CV1336 |
| Great Neck Saw Manufacturers, Inc. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Joint Motion to Extend Time to Reopen Action, it is this 1st day of March, 2002, by the United States District Court for the District of Maryland, ORDERED that:

1. The Joint Motion to Extend Time to Reopen Action BE, and the same hereby IS, GRANTED;

2. The period within which to reopen this action BE, and the same hereby IS, extended by an additional Thirty (30) days; and,

3. The Clerk is directed to transmit a copy of this Order to counsel for the parties.

_____
United States District Judge