IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kuo Zhen Liu

   Plaintiff        *

v.             *  Civil Case No. WMN00CV1336

Great Neck Saw Manufacturers, Inc.  *

   Defendant      *

    * * * * * * * * *

## ORDER

Upon consideration of the Second Joint Motion to Extend Time to Reopen Action, it is this 29th day of March, 2002, by the United States District Court for the District of Maryland, ORDERED that:

 1. The Second Joint Motion to Extend Time to Reopen Action BE, and the same hereby IS, GRANTED;

 2. The period within which to reopen this action BE, and the same hereby IS, further extended by an additional Thirty (30) days; and,

 3. The Clerk is directed to transmit a copy of this Order to counsel for the parties.

                _____
                United States District Judge



WHEREFORE, the Parties respectfully request that this Second Joint Motion to Extend Time to Reopen the Action be granted.

Respectfully submitted,

_____
Morton J. Rosenberg
Trial Bar No. 02867
Rosenberg, Klein & Lee
3458 Ellicott Center Drive, Suite 101
Ellicott City, Maryland 21043
Telephone: 410-465-6678

Attorneys for Plaintiff

_____
Emilio A. Galvan
Berlack, Israels & Liberman, LLP
120 West 45th Street
New York, New York 10036
Telephone: 212-704-0100

Attorneys for Defendant